DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

LYNN MCCARTHY and CHRISTINE MCCARTHY,

Appellants,

v.

POP SELLS, LLC, d/b/a POP YACHTS,

Appellee.

No. 2D2025-1109

————————————————

January 30, 2026

Appeal from the County Court for Sarasota County; Maryann Olson Uzabel, Judge.

Lynn McCarthy, pro se, and Christine McCarthy, pro se.

Jesse R. Butler and David S. Preston of Dickinson & Gibbons, P.A., Sarasota, for Appellee.

PER CURIAM.

     Affirmed.

LUCAS, C.J., and LaROSE and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.